in *Attorney General, ex rel. Gibson,* v. *Board of Sup'rs of Montcalm Co.,* 141 Mich. 590.

The appeal will be dismissed, and the case remanded for further proceedings.

McALVAY, BLAIR, OSTRANDER, and HOOKER, JJ., concurred.

---

## MAGAHAY v. BOARD OF SUPERVISORS OF ALCONA COUNTY.

APPEAL AND ERROR—CHANCERY APPEALS—ORDER REVIEWABLE—PRELIMINARY INJUNCTION.

This case, involving the same facts, is ruled by *Simmons* v. *Board of Sup'rs of Alcona County,* ante, 591.

Appeal from Alcona; Connine, J. Submitted May 2, 1906. (Docket No. 142.) Decided July 3, 1906.

Bill by David C. Magahay and others against the board of supervisors of Alcona county and others to restrain the reconstruction of a county building. From an order modifying a preliminary injunction, and from an order denying a motion to set aside such order, complainants appeal. Dismissed.

*L. G. Dafoe,* for complainants.

*O. H. Smith,* Prosecuting Attorney, for defendants.

OSTRANDER, J. This case is ruled by *Simmons* v. *Board of Sup'rs of Alcona County,* ante, 591.

The appeal is dismissed, and the record remanded for further proceedings. No costs are awarded.

McALVAY, BLAIR, MONTGOMERY, and HOOKER, JJ., concurred.